UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE ADAMS, et al.,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA,

        Defendant.

C21-1289

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Stay, docket no. 7, is GRANTED. The Court STAYS this case pending resolution of the appeal in the Ninth Circuit Court case Adams v. Dodge, No. 21-35490;

(2) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the resolution of the appeal or by June 30, 2022, whichever occurs earlier;

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of October, 2021.

                      Ravi Subramanian
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1