UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE ADAMS, et al.,

         Plaintiffs,

v.

RAYMOND DODGE, et al.,

         Defendants.

C21-1289 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Second Motion to Stay, docket no. 9, is GRANTED. The Court further STAYS this case pending resolution of Plaintiffs' forthcoming United States Supreme Court petition for Certiorari in <u>Elile Adams v. Raymond Dodge, et al.</u>, No. 21-35490.

(2) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the resolution of the petition or by December 31, 2022, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2022.

         Ravi Subramanian
         Clerk

         s/Gail Glass
         Deputy Clerk

MINUTE ORDER - 1