UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE ADAMS, et al.,

            Plaintiffs,

v.

RAYMOND DODGE, et al.,

           Defendants.

C21-1289 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Extend Stay, docket no. 11, is GRANTED. The Court further STAYS this case until Tuesday, September 6, 2022, while the parties pursue possible resolution of this matter.

(2) The parties are DIRECTED to file a Joint Status Report by Tuesday, September 6, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of July, 2022.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1